facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

and armed criminal action, Section 571.015. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Michael HARRIS, Appellant.**

No. ED 96371.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 8, 2011.

Ellen H. Flottman, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Daniel N. McPherson, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

**ORDER**

PER CURIAM.

Michael Harris appeals the judgment entered after a bench trial in which the trial court found defendant guilty of first-degree domestic assault, Section 565.072,

**Kelley COURTNEY, Appellant,**

v.

**McDONALD'S RESTAURANT, Respondent.**

No. ED 96589.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 8, 2011.

Christopher T. Tucker, Barbour & Tucker, LLC, O'Fallon, MO, for appellant.

John Mohan, Margaret A. Hesse, Tueth, Keeney, Cooper, Mohan & Jackstadt, P.C., St. Louis, MO, for respondent.

Before: KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

*ORDER*

PER CURIAM.

Appellant Kelley Courtney appeals the decision of the Labor and Industrial Rela-